Case 1:24-cr-00120-SAG   Document 1   Filed 04/10/24   Page 1 of 16

KSC/04.08.24

USAO#2023R00711



USDC- BALTIMORE
'24 APR 10 PM 2:35

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | * | UNDER SEAL |
| --- | --- | --- |
|  | * |  |
| v. | * | CRIMINAL NO. SAG-24-0120 |
|  | * |  |
| WILLIAM SHEROD, | * | (Conspiracy to Commit |
| HAROLD DORMAN, | * | Pharmacy Burglaries, 18 U.S.C. |
| DEONTAE BRITTON, | * | § 2118(d); Pharmacy Burglary, |
|   a/k/a DEAUNDRE BLOUNT | * | 18 U.S.C. § 2118(b); Conspiracy |
|   Defendants. | * | to Distribute and Possess with |
|  | * | Intent to Distribute Controlled |
|  | * | Substances, 21 U.S.C. § 846; |
|  | * | Aiding and Abetting, 18 U.S.C. |
|  |  | § 2) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### INDICTMENT

### COUNT ONE

**(Conspiracy to Commit Pharmacy Burglaries)**

The Grand Jury for the District of Maryland charges that:

At all times relevant to this Indictment:

#### Introduction

1. The below (collectively, the "Victim Pharmacies") are—and were at all times relevant to this Indictment—the business premises and properties of pharmacies registered with the Drug Enforcement Administration ("DEA"):

| Pharmacy Name | Pharmacy Address |
| --- | --- |
| The Rehya Pharmacy | 405 Frederick Road, Catonsville, Maryland 21228 |
| Maryland Pharmacy, Inc. DBA Medicine Shoppe | 10313 Georgia Avenue, #101, Silver Spring, Maryland 20902 |
| Pembrooke Health Services LLC | 11355 Pembrooke Square, Waldorf, Maryland 20603 |

1

| Pharmacy Name | Pharmacy Address |
|---|---|
| Food Lion Pharmacy | 11010 Kentucky Spring Road, Mineral, Virginia, 23117 |
| UVA Health Systems Clinic Pharmacy | 1015 Spring Creek Parkway, Zions Crossroads, Virginia, 22942 |
| Harrisonburg Community Health Center Pharmacy (HCHC) | 1380 Little Sorrell Drive, Harrisonburg, Virginia, 22802 |
| UVA Pharmacy Pantops | 590 Peter Jefferson Parkway, Suite 175, Charlottesville, Virginia 22911 |
| Fisherville Family Pharmacy | 16 Gosnell Crossing, Unit 101, Staunton, Virginia 24401 |
| Medicap Pharmacy | 1851 Virginia Avenue, Harrisonburg, Virginia 22802 |
| The Medicine Shop | 3913 Hartzdale Dr., Camp Hill, Pennsylvania, 17011 |
| Harrisburg Pharmacy | 2645 North 3rd Street, Harrisburg, Pennsylvania 17110 |
| Modnur Prescription Pharmacy, Inc. | 52 Keefer Drive, Mercersburg, Pennsylvania 17236 |
| Karemore Pharmacy | 817 Snow Hill Road, Salisbury, Maryland, 21804 |
| Coastal Drug Pharmacy | 11005 Manklin Meadows Lane, Berlin, Maryland, 21811 |
| Delmarva Pharmacy | 1615 Tree Sap Court, Salisbury, Maryland, 21804 |
| Milford Street Pharmacy | 106 Milford Street, Salisbury, Maryland 21804 |
| Medspack MD, LLC DBA Foers LTC Pharmacy | 1300 Piccard Dr. #16, Rockville, Maryland 20850 |
| Wellbeing Care Pharmacy | 9715 Medical Center Drive, Suite 100, Rockville, Maryland 20850 |
| The Home Center Pharmacy | 154 West Main Street, Hancock, Maryland 21750 |
| Hose Pharmacies, Inc. DBA Sharpsburg Pharmacy | 17316 Shepherdstown Pike, Sharpsburg Maryland 21782 |

2. At all times relevant to this Indictment, the Victim Pharmacies sold, among other things, "controlled substances," as defined in Section 802(6) of Title 21, United States Code. When this Indictment refers to the value of controlled substances, it is referring to the cost of the substances for the Victim Pharmacies. The "street value" for these substances – i.e., when the substances are illegally trafficked – is significantly higher than the cost of the substances for the Victim Pharmacies.

2

## The Charge

3. Beginning on or about January 14, 2022 through on or about April 12, 2022, in the District of Maryland, the Western District of Virginia, the Middle District of Pennsylvania, and elsewhere,

**WILLIAM SHEROD,
HAROLD DORMAN, and
DEONTAE BRITTON a/k/a DEAUNDRE BLOUNT,**

the defendants, and others known and unknown, willfully and knowingly did combine, conspire, confederate, and agree together and with each other to violate Section 2118(b) of Title 18, United States Code.

## Objects of the Conspiracy

4. It was a part and an object of the conspiracy that **WILLIAM SHEROD, HAROLD DORMAN, DEONTAE BRITTON a/k/a DEAUNDRE BLOUNT,** the defendants, and others known and unknown, would and did, without authority, enter and attempt to enter and remain in the business premises and property of a person registered with the Drug Enforcement Administration under Section 302 of the Controlled Substances Act with the intent to steal materials and compounds containing quantities of controlled substances, the replacement cost of which to the registrant was not less than $500, and traveled in interstate commerce and did use a facility in interstate commerce, vehicles and cellphones, to facilitate such entry or attempt or to facilitate remaining in such premises or property.

5. It was a part and an object of the conspiracy to profit from the burglaries by stealing cash and prescription drugs and unlawfully distributing the prescription drugs.

3

### Manner and Means

6. It was part of the conspiracy that the defendants planned and executed the burglaries of the Victim Pharmacies to obtain cash and prescription drugs.

7. It was further part of the conspiracy that the defendants would conceal their identities by covering their faces, wearing dark clothing and gloves.

8. It was further part of the conspiracy that the defendants would use cellphones in the vicinity of the Victim Pharmacies during burglaries of those pharmacies.

9. It was further part of the conspiracy that two defendants would use a Halligan tool and a pry bar in order to gain entry into the pharmacies and one defendant would remain outside of the business to act as a look out.

10. It was further part of the conspiracy that the defendants would use a vehicle to get to each pharmacy location and flee in the same vehicle after the burglaries.

### Overt Acts in Furtherance of the Conspiracy

11. In furtherance of the conspiracy and to effect the illegal object thereof, **WILLIAM SHEROD, HAROLD DORMAN, DEONTAE BRITTON a/k/a DEAUNDRE BLOUNT,** the defendants, and others known and unknown, committed the following overt acts, among others, in the District of Maryland, the Western District of Virginia, the Middle District of Pennsylvania, and elsewhere:

<u>January 13, 2022</u>:

a. **DORMAN** stole Maryland license plate 8DN3476 from the area of University of Maryland Capital Medical Center located in Largo, Maryland.

4

January 14, 2022, Rehya Pharmacy, 405 Frederick Road, Catonsville, Maryland:

b. Using a vehicle with stolen Maryland license plate 8DN3476, **SHEROD**, **DORMAN** and **BRITTON** drove to the pharmacy armed with a Halligan tool and pry bar with the intention of burglarizing the pharmacy.

c. **DORMAN** and **BRITTON** attempted to pry open the door to the business but were unsuccessful.

d. **DORMAN** and **SHEROD** spoke over cellphones before and after the attempted burglary.

January 14, 2022, Maryland Pharmacy, Inc. DBA Medicine Shoppe, 10313 Georgia Avenue, Silver Spring, Maryland:

e. **DORMAN** and **BRITTON** drove to the pharmacy armed with a Halligan tool and pry bar with the intention of burglarizing the pharmacy.

f. **DORMAN** and **BRITTON** entered the pharmacy by prying open the door to the business. While inside, **DORMAN** and **BRITTON** stole the pharmacy's Bank of America check #13316 and controlled substances valued at approximately $48.

g. **DORMAN** and **SHEROD** spoke over cellphones before, during, and after the burglary.

h. After the burglary, **SHEROD** sent a text message to an individual with a photograph of controlled substances consistent with the controlled substances stolen from the pharmacy.

January 14, 2022, Pembrooke Health Services, LLC, 11355 Pembrooke Square, Waldorf, Maryland:

i. **DORMAN** and **SHEROD** spoke over cellphones immediately before the burglary.

j. **SHEROD**, **DORMAN** and **BRITTON** drove to the pharmacy armed with a Halligan tool and pry bar with the intention of burglarizing the pharmacy.

k. **DORMAN** and **BRITTON** entered the pharmacy by prying open the door to the business. While inside, **DORMAN** and **BRITTON** stole controlled substances valued at approximately $1,557 and $200 in U.S. currency.

l. **DORMAN** and **SHEROD** spoke over cellphones immediately after the burglary.

m. At approximately 6:14 p.m., **BRITTON** posted photographs on his Instagram account ("international.playa") of controlled substances consistent with controlled substances stolen from Pembrooke Health Services, LLC and Maryland Pharmacy Inc., DBA Medicine Shoppe.

January 18, 2022:

n. **DORMAN** and **BRITTON** are in the area of 10524 Rosehaven Street, Fairfax, Virginia where Virginia license plate UKY3174 is stolen from a vehicle.

o. **DORMAN** and **BRITTON** speak over cellphones after the theft of Virginia license plate number UKY3174.

January 19, 2022, UVA Pharmacy Pantops, 590 Jefferson Parkway, Charlottesville, Virginia:

p. Using a vehicle bearing stolen Virginia license plate UKY3174, **DORMAN**, **BRITTON**, and **SHEROD** drove to the pharmacy armed with a Halligan tool and pry bar with the intention of burglarizing the pharmacy.

q. **DORMAN** and **BRITTON** entered the pharmacy by prying open the door to the business. While inside, **DORMAN** and **BRITTON** stole controlled substances valued at approximately $1,111.53.

January 19, 2022, Fisherville Family Pharmacy, 16 Gosnell Crossing, # 101, Staunton, Virginia:

r. **DORMAN**, **BRITTON**, and **SHEROD** drove to the pharmacy armed with a Halligan tool and pry bar with the intention of burglarizing the pharmacy.

s. **DORMAN** and **BRITTON** entered the pharmacy by prying open the door to the business. While inside, **DORMAN** and **BRITTON** stole controlled substances valued at approximately $3.00.

January 19, 2022, Medicap Pharmacy, 1851 Virginia Ave, Harrisonburg, Virginia:

t. **DORMAN** and **BRITTON** drove to the pharmacy armed with a Halligan tool and pry bar with the intention of burglarizing the pharmacy.

u. **DORMAN** and **BRITTON** entered the pharmacy at 1851 Virginia Ave, Harrisonburg, Virginia by prying open the door to the business.

v. At approximately 8:13 a.m. and after the aforementioned burglaries on this date,

SHEROD texted individuals about controlled substances available for purchase.

January 21, 2022, The Medicine Shoppe, 3913 Hartzdale Dr. #1306, Camp Hill, Pennsylvania:

w. **DORMAN**, **BRITTON**, and **SHEROD** drove to the pharmacy armed with a Halligan tool and pry bar with the intention of burglarizing the pharmacy.

x. **DORMAN** and **SHEROD** spoke over cellphones before the burglary.

y. **DORMAN** and **BRITTON** entered the pharmacy by prying open the door to the business. While inside, **DORMAN** and **BRITTON** stole controlled substances valued at approximately $9,583.

z. **DORMAN** and **SHEROD** spoke over cellphones after the burglary.

January 21, 2022, Harrisburg Pharmacy at 2645 N. 3d St, Harrisburg, Pennsylvania:

aa. **DORMAN** and **SHEROD** spoke over cellphones before, during and after the burglary.

bb. **DORMAN**, **SHEROD**, and **BRITTON** drove to the pharmacy, armed with a Halligan tool and pry bar with the intention of burglarizing the pharmacy.

cc. **DORMAN** and **BRITTON** entered the pharmacy by prying open the door to the business. While inside, **DORMAN** and **BRITTON** stole controlled substances, including Clobazam, valued at approximately $5,359.

dd. At approximately 2:53 p.m., **DORMAN** conducted an online search for Clobazam.

ee. At approximately 7:34 a.m., **SHEROD** texted individuals about controlled substances available for purchase consistent with controlled substances stolen from Harrisburg Pharmacy and The Medicine Shoppe.

February 8, 2022, Harrisonburg Community Health Center Pharmacy (HCHC), 1380 Little Sorrell Drive, Harrisonburg, Virginia:

ff. **DORMAN** and **SHEROD** spoke over cellphones before, during and after the burglary.

gg. **DORMAN**, **BRITTON**, and **SHEROD** drove to the pharmacy armed with a Halligan tool and pry bar with the intention of burglarizing the pharmacy.

7

hh. **DORMAN** and **BRITTON** entered the pharmacy by prying open the door to the business. While inside, **DORMAN** and **BRITTON** stole controlled substances valued at approximately $99.

February 8, 2022, Zion Crossroads/UVA Medical Center 1015 Spring Creek Parkway, Zion Crossroads, Virginia:

ii. **DORMAN**, **BRITTON**, and **SHEROD** drove the pharmacy armed with a Halligan tool and pry bar with the intention of burglarizing the pharmacy.

jj. **DORMAN** and **SHEROD** spoke over cellphones before, during and after the burglary.

kk. **DORMAN** and **BRITTON** entered the pharmacy by prying open the door to the business. While inside, **DORMAN** and **BRITTON** stole controlled substances valued at approximately $25.

February 8, 2022, Food Lion Pharmacy, 11010 Kentucky Springs Road, Mineral, Virginia:

ll. **DORMAN**, **BRITTON**, and **SHEROD** drove to the pharmacy armed with a Halligan tool and pry bar with the intention of burglarizing the pharmacy.

mm. **DORMAN** and **BRITTON** entered the pharmacy by prying open the door to the business. While inside, **DORMAN** and **BRITTON** stole controlled substances valued at approximately $8,529.

nn. **DORMAN** and **SHEROD** spoke over cellphones before, during, and after the burglary.

oo. At approximately 7:00 a.m. and after the aforementioned burglaries on this date, **SHEROD** texted individuals about controlled substances available for purchase consistent with controlled substances that were stolen from the aforementioned burglaries on this date.

pp.

qq. At approximately 6:45 p.m. and after the aforementioned burglaries on this date, **BRITTON** posted photographs on his Instagram account ("international.playa") of controlled substances.

February 16, 2022, Coastal Drug, 11005 Manklin Meadows Lane, Unit 1, Ocean Pines, Maryland:

8

rr. **DORMAN** and **SHEROD** spoke over cellphones before, during and after the burglary.

ss. **DORMAN**, **BRITTON**, and **SHEROD** drove to the pharmacy armed with a Halligan tool and pry bar with the intention of burglarizing the pharmacy.

tt. **DORMAN** and **BRITTON** entered the pharmacy by prying open the door to the business. While inside, **DORMAN** and **BRITTON** stole controlled substances valued at approximately $124,152.

February 16, 2022, Karemore Pharmacy, 817 Snow Hill Road, #2, Salisbury, Maryland:

uu. **DORMAN**, **BRITTON**, and **SHEROD** drove to the pharmacy armed with a Halligan tool and pry bar with the intention of burglarizing the pharmacy.

vv. **DORMAN** and **BRITTON** entered the pharmacy by prying open the door to the business.

ww. **DORMAN** and **SHEROD** spoke over cellphones before and after the burglary.

xx. At approximately 7:44 a.m. and 12:54 p.m. and after the aforementioned burglaries on this date, **SHEROD** texted individuals about controlled substances available for purchase that were consistent with controlled substances stolen from Karemore Pharmacy and Coastal Drug.

yy. **DORMAN** maintained a photograph of the exterior of Karemore Pharmacy on his cellphone.

February 26, 2022, Milford Street Pharmacy, 106 Milford St., Suite 401, Salisbury, Maryland:

zz. **DORMAN** and **SHEROD** spoke over cellphones before the burglary.

aaa. **DORMAN**, **BRITTON**, and **SHEROD** drove to the pharmacy armed with a Halligan tool and pry bar with the intention of burglarizing the pharmacy.

bbb. **DORMAN** and **BRITTON** entered the pharmacy by prying open the door to the business. While inside, **DORMAN** and **BRITTON** stole controlled substances valued at approximately $18,934.

ccc. At approximately 7:22 a.m. and after the aforementioned burglary on this date, **SHEROD** texted individuals about controlled substances available for purchase consistent with controlled substances stolen from Milford Street Pharmacy.

9

February 28, 2022:

ddd. **DORMAN** searched online articles about the string of pharmacy burglaries in Virginia.

March 1, 2022:

eee. **DORMAN** searched online for articles about the Harrisonburg Community Health Center Pharmacy burglary.

March 18, 2022, Medspack MD, LLC DBA Foers LTC Pharmacy, 1300 Piccard Dr. #16, Rockville, Maryland:

fff. **DORMAN**, **BRITTON**, and **SHEROD** drove to the pharmacy armed with a Halligan tool and pry bar with the intention of burglarizing the pharmacy.

ggg. **DORMAN** and **BRITTON** entered the pharmacy by prying open the door to the business. While inside, **DORMAN** and **BRITTON** stole controlled substances valued at approximately $20.

hhh. **DORMAN** and **SHEROD** spoke over cellphones before and after the burglary.

March 21, 2022, Wellbeing Care Pharmacy, 9715 Medical Center Drive, Suite 100, Rockville, Maryland:

iii. **DORMAN**, **BRITTON**, and **SHEROD** drove to the pharmacy armed with a Halligan tool and pry bar with the intention of burglarizing the pharmacy.

jjj. **DORMAN** and **BRITTON** entered the pharmacy by prying open the door to the business. While inside, **DORMAN** and **BRITTON** stole controlled substances valued at approximately $5,525.

kkk. **DORMAN** and **SHEROD** spoke over cellphones before and after the burglary.

March 29, 2022:

lll. **DORMAN** searched online for articles about the Medspack MD, LLC DBA Foers LTC Pharmacy burglary.

April 1, 2022, Modnur Pharmacy, Inc., 52 Keefer Drive, Mercersburg, Pennsylvania:

mmm. **DORMAN**, **BRITTON**, and **SHEROD** drove to the pharmacy, armed with a Halligan tool and pry bar with the intention of burglarizing the pharmacy.

10

nnn.   **DORMAN** and **BRITTON** entered the pharmacy by prying open the door to the business. While inside, **DORMAN** and **BRITTON** stole controlled substances valued at approximately $500.

ooo.   **DORMAN** and **SHEROD** spoke over cellphones after the burglary.

<u>April 1, 2022, The Home Center Pharmacy, 154 W. Main St, Hancock, Maryland</u>:

ppp.   **DORMAN, BRITTON** and **SHEROD** drove to the pharmacy, armed with a Halligan tool and pry bar with the intention of burglarizing the pharmacy.

qqq.   **DORMAN** and **BRITTON** entered the pharmacy by prying open the door to the business. While inside, **DORMAN** and **BRITTON** stole controlled substances valued at approximately $3,974.18.

rrr.   On or about April 1, 2022, **DORMAN, BRITTON**, and **SHEROD** drove in separate vehicles to the Exxon gas station at 8334 Williamsport Pike, Falling Waters, West Virginia 25419, approximately 30 miles southeast of The Home Center Pharmacy, 154 W. Main St, Hancock, Maryland 21750.

<u>April 1, 2022, Hose Pharmacies DBA Sharpsburg Pharmacy, 17316 Shepherdstown Pike, Sharpsburg, Maryland</u>:

sss.   **DORMAN** and **BRITTON** continued southeast approximately 17 miles and drove to the pharmacy armed with a Halligan tool and pry bar with the intention of burglarizing the pharmacy.

ttt.   **DORMAN** and **BRITTON** entered by prying open the door to the business. While inside, **DORMAN** and **BRITTON** stole controlled substances valued at approximately $2,119.

uuu.   **SHEROD** texted individuals about controlled substances available for purchase.

18 U.S.C. § 2118(d).

## COUNT TWO

### (Burglary of Pharmacy)

The Grand Jury for the District of Maryland further charges that:

1. Paragraphs One through Two of Count One of this Indictment are re-alleged and incorporated by reference as though fully set forth herein.

2. On or about April 12, 2022, in the District of Maryland, the Defendants,

**WILLIAM SHEROD,
HAROLD DORMAN, and
DEONTAE BRITTON a/k/a DEAUNDRE BLOUNT,**

without authority, entered and remained in the business premises and property of a person registered with the Drug Enforcement Administration under Section 302 of the Controlled Substances Act; to wit: Delmarva Pharmacy, located at 1615 Tree Sap, Salisbury, Maryland 21804; with the intent to steal materials and compounds containing quantities of controlled substances, the replacement cost of which to the registrant was not less than $500 and the person who engaged or intended to engage in such entry and attempted such entry and remained or intended to remain in such premises and property would and did use a facility in interstate commerce to facilitate such entry and attempt and to facilitate remaining in such premises or property.

18 U.S.C. § 2118(b)

## COUNT THREE

### (Conspiracy to Distribute and Possess with the Intent to Distribute Controlled Substances)

The Grand Jury for the District of Maryland charges:

1. Paragraphs One through Two of Count One of this Indictment are re-alleged and incorporated by reference as though fully set forth herein.

2. From on or about January 2022, and continuing through on or about April 12, 2022, in the District of Maryland, the Western District of Virginia, and the Middle District of Pennsylvania, and elsewhere, the Defendants,

**WILLIAM SHEROD,
HAROLD DORMAN, and
DEONTE BRITTON a/k/a DEAUNDRE BLOUNT,**

did knowingly combine, conspire, confederate and agree with persons known and unknown to the Grand Jury to knowingly, intentionally and unlawfully distribute and possess with intent to distribute Methamphetamine Hydrochloride, a Schedule II controlled substance, Fentanyl, a Schedule II controlled substance, Promethazine-Codeine, a Schedule V controlled substance, Oxycodone (also known as Percocet, Oxycontin, Xtampza), a Schedule II controlled substance, Hydrocodone-Acetaminophen, a Schedule II controlled substance, amphetamine (also known as Adderall), a Schedule II controlled substance, Lisdexamfetamine (also known as Vyvanse), a Schedule II controlled substance, Methadone, a Schedule II controlled substance, Clobazam, a Schedule IV controlled substance, Methylphenidate (also known as Ritalin), a Schedule II controlled substance, Hydromorphone, a Schedule II controlled substance, Buprenorphine (also known as

13

Suboxone), a Schedule III controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) & 18 USC § 841(b)(1)(C).

21 U.S.C. § 846

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendants that the United States will seek forfeiture as part of any sentence in accordance with 21 U.S.C. § 853, in the event of the defendants' conviction under Count Three of this Indictment.

### Narcotics Forfeiture

2. Upon conviction of the offense alleged in Count Three of this Indictment, the defendants,

**WILLIAM SHEROD,**
**HAROLD DORMAN, and**
**DEONTAE BRITTON a/k/a DEAUNDRE BLOUNT,**

shall forfeit to the United States of America, pursuant to 21 U.S.C. § 853(a):

   a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense; and

   b. any property used, or intended to be used, in any manner or part, to commit, or facilitate the commission of, such offense.

### Property Subject to Forfeiture

3. The property subject to forfeiture includes, but is not limited to, a forfeiture money judgment in the amount of proceeds each defendant obtained as the result of Count Three.

### Substitute Assets

4. If any of the property described above, as a result of any act or omission of any defendant:

   a. cannot be located upon the exercise of due diligence;

15

  b. has been transferred or sold to, or deposited with, a third person;

  c. has been placed beyond the jurisdiction of the Court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be subdivided without difficulty,

the United States shall be entitled to forfeiture of substitute property up to the value of the forfeitable property described above, pursuant to 21 U.S.C. § 853(p).

21 U.S.C. § 853

*Erek L. Barron/KyH*
EREK L. BARRON
United States Attorney

A TRUE BILL:

SIGNATURE REDACTED   4-10-24
Date:

16