IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA          *

v.                                * Criminal Case No. SAG-24-120

DEONTAE BRITTON                   *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CONSENT MOTION TO CONTINUE SENTENCING

The Defendant, Deontae Britton, by and through his attorney Alfred Guillaume III, moves this Honorable Court to continue the motions hearing from June 3, 2025, until June 4, 2025. The grounds for this relief are as follows:

1. A motions hearing for all defendants is currently scheduled for June 3, 2025.

2. Counsel for Mr. Britton has a scheduling conflict due to a family matter on June 3, 2025.

3. Counsel for Mr. Britton has conferred with counsel for both co-defendants and government counsel, and all consent to a one-day continuance of the motions hearing.

WHEREFORE, the defendant Deontae Britton respectfully requests that the motions hearing be continued one day to June 4, 2025.

Respectfully submitted,

*Alfred Guillaume*
_____
Alfred Guillaume III, # 30117
Law Offices of Alfred Guillaume III
1350 Connecticut Ave. NW, #308
Washington, D.C. 20036

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing Consent Motion to Continue Sentencing was electronically filled with the Clerk via the CM/ECF system on January 17, 2025 with notice and access to all involved parties.

*Alfred Guillaume*
_____
Alfred Guillaume III, Esq.