# PURPURA & PURPURA
## ATTORNEYS AT LAW

606 BALTIMORE AVENUE
SUITE 301
TOWSON, MARYLAND 21204

**William B. Purpura\***
wpurpura@purpuralaw.com
\* Admitted in MD, CA &
  US District Ct., DC

**Christopher J. Purpura**
cpurpura@purpuralaw.com

November 14, 2025

The Honorable Stephanie A. Gallagher
United States District Judge
United States Courthouse
101 W. Lombard Street
Baltimore, Maryland 21202

> Re:  **United States v. William Sherod**
> **Criminal No. SAG-24-0120**
> **SENTENCING LETTER**

Dear Judge Gallagher:

On Monday December 15, 2025, Mr. Sherod will appear before this Honorable Court for sentencing. On September 24, 2025, Mr. Sherod entered a guilty plea to Count I of the Indictment which charged him with Conspiracy to Commit Pharmacy Burglaries in violation of Title 18 U.S.C. § 2118(d). The Government and the Defendant have agreed pursuant to Federal Rules of Criminal Procedure 11(c)(1)(C) that a sentence of not more than 46 months is appropriate.  At the time of sentencing, counsel will request that the Court impose a sentence of three years (36 months) to the Bureau of Prisons. This sentence is sufficient but not greater than necessary, based on the following facts and argument:

**Guideline Calculations**

Counsel and Mr. Sherod agree with the Guidelines and Criminal History as calculated by United States Probation. The total adjusted guideline level is a 22, with a Criminal History of II (PSR #205). The resulting guideline range is 46-57 months.

## The Nature and Circumstances of the Offense

Mr. Sherod was a member of a burglary group which targeted pharmacies. From January 2022 through April of 2022 in Maryland, Virginia and Pennsylvania the group entered local pharmacies in the early morning hours and stole Schedule II and III narcotics for resale on the streets. Mr. Sherod was on scene for the burglaries and appeared to be acting as a lookout and redistributed the stolen narcotics in the community. Although there was substantial property damage, due to the timing of the entries there were no civilian injuries.

## State Custody on Related Crimes 334 Days 18 § 3585(b)

Commencing on April 12, 2022, after his arrest at the Delmarva Pharmacy in Salisbury, Mr. Sherod spent 334 days in state custody in 7 counties and three different states. Exhibit 1 is a chart which illustrates incarcerated time in each of the 7 counties.  Exhibits 1A through 1G are the supporting documents which verify time served and clearly demonstrate related conduct to the Indictment. This information hopefully serves a dual purpose. It should serve as an aid to the Bureau of Prisons to correctly calculate credit for time served pursuant to 18 § 3585(b). It also depicts a very difficult 334 days in the life of Mr. Sherod being shipped around to 7 different county detention centers in a relatively short period of time. Due to the constant movement family members were often left without knowledge of his location. For most of the time, he was

without commissary, visits and or phone privileges.

### History and Characteristics of the Defendant

It is difficult to understand how this 57-year-old man, became involved in this criminal conduct. His prior criminal history dates to the age of 18 (burglary/thefts) and age 25 (Felon in Possession of a Firearm). He has been in a lengthy relationship with Sylvia Joyner who has recently retired from the State Department. He raised and helped educate her four daughters as if they were his own biological children. He was blessed with a beautiful, intelligent daughter of his own. He has daily contact with all his daughters and their children. When reading the character letters and viewing this loving father with family members in the attached photographs one can only be speechless and disappointed in Mr. Sherod's conduct. Ex.2.
But, let me assure the Court there is no one more disappointed in himself than Mr. Sherod.

Without excusing his conduct Mr. Sherod has been diagnosed with manic depressive disorder and a gambling addiction. In some of the text messages provided in discovery Mr. Sherod was desperately trying to obtain tuition money for his grandchild's private school.

It should also be noted that Mr. Sherod has been under the supervision of Pretrial Release for approximately 18 months. He was originally released to 24/7 home detention, which was subsequently expanded to release with a curfew. Mr. Sherod during this time has been completely infraction free.

### Conclusion

Considering the § 3553(a) factors, as well as Mr. Sherod's acceptance of responsibility, a sentence of 36 months is appropriate and is a sentence sufficient but not greater than necessary to

achieve the goals of 18 U.S.C. § 3553(a).

Respectfully,

/s/

William B. Purpura

Purpura & Purpura

606 Baltimore Ave.
Suite 301
Towson, Maryland 21204
Federal Bar # 00074
wpurpura@purpuralaw.com

November 14, 2025