**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

UNITED STATES OF AMERICA      *

v.      *   **Criminal Case No. SAG-24-0120**

HAROLD DORMAN      *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## <u>MOTION FOR APPOINTMENT OF NEW COUNSEL</u>

Undersigned counsel, Christopher C. Nieto, respectfully moves this Court to appoint another attorney from the CJA panel or, in the alternative, to schedule a hearing to address Mr. Dorman's request to terminate the service of his currently appointed counsel. In support, we state the following:

1. In May 6, 2024, undersigned counsel was appointed to represent Mr. Dorman in this pending federal criminal matter. Since that time, counsel and Mr. Dorman have filed three requests for attorney-inquiry hearings due to breakdowns in their professional relationship. The first request, made on October 21, 2024, was eventually withdrawn. The second request resulted in a hearing on October 9, 2025, and that request was denied. The third request was heard on Monday, October 27, 2025, at which time Mr. Dorman withdrew that request.

2. Trial was scheduled to begin on October 27, 2025 but, after the conclusion of the most recent attorney-inquiry hearing, Mr. Dorman entered a guilty plea before Judge Gallagher that same morning. Sentencing has not yet been scheduled but contemplated to occur sometime in 2026.

3. On November 17, 2025, during a phone conversation, Mr.

Dorman indicated again that he is displeased with current counsel, has no faith in the work or legal advice that current counsel affords him and wishes the appointment of different counsel. In accordance with this request, undersigned counsel files this motion on behalf of Mr. Dorman.

4.      Throughout the pendency of this appointment, Mr. Dorman has consistently expressed dissatisfaction with current counsel.  We respectfully submit that the attorney-client relationship is so fractured at this point that it cannot be repaired: Mr. Dorman does not trust the advice of his counsel and does not feel that counsel is working in his best interests. It is counsel's concern that, taken in concert with Mr. Dorrman's unwillingness to work with his attorney, continuing with this current CJA-appointment will result in adverse consequences in this criminal case.

5.      At this state of the case, the appointment of new counsel will thankfully not be limited by any pre-existing time constraints or scheduling. Indeed, new counsel will have sufficient time to review the file, address all the client's legal concerns and provide appropriate advice to Mr. Dorman prior to the scheduling of any subsequent hearings.

6.      Taken in conjunction with the previous three requests and the current irreparable status of the attorney-client relationship, we respectfully submit that this Motion may be granted without needing a hearing. If, however, the Court believes a hearing is appropriate, we respectfully request that a hearing be scheduled at the Court's earliest convenience.

WHEREFORE, Mr. Dorman respectfully requests that the Court grant this motion and appoint new CJA-counsel to continue legal representation in this case. In the alternative, Mr. Dorman respectfully requests that this Court hold an attorney-inquiry hearing where these matters may be more fully addressed and resolved.

Respectfully submitted,

_____/s/_____
CHRISTOPHER C. NIETO, ESQ.
Nieto Law Office
233 East Redwood Street, Suite 1000C
Baltimore, Maryland 21202
Phone: (443) 863-8189
Fax: (443) 378-5723
Email: cnieto@nietolawoffice.com